DISTRICT COURT OF THE UNITED STATES
SOUTHERN DISTRICT OF NEW YORK


Re:     Baez v. New York City Dept of Transportation Et. Al. , 1:14-cv-02520 (LGS)

Hon.    Lorna G . Schofield
        Thurgood Marshall Courthouse
        40 Foley Square
        New York, NY 10007

Letter motion to amend caption of case.

I, Carlos Gonzalez, am an attorney duly admitted to the practice of law before this Court. I am aware of the facts of this case as I am counsel for Plainitff Baez in the above encaptioned matter.

Plaintiff moves to add multiple Plainitffs which would be equally affected by the facts of this matter, and moves that said Plainitiffs be joined in a class, although previously denied Plaintiff is no longer appearing pro-se and as such the matter should be permitted to move forward for certification as a class action.

Plaintiff moves to add as Plaintiffs the following individuals.

1.  Kim Austin
2.  Sophia Coffee
3.  Jonelle Grimes
4.  Terrance Williams
5.  Margerine Hamilton
6.  Herman Gray
7.  Rudolph Walker
8.  Florence Rice
9.  Cornelius Ricks
10. Nova Felder
11. Celina Young
12. Kelvin Neull
13. Theodora Kenny
14. Eton Wragg
15. Vincent Perry
16. S. White
17. Khalip Muhammad
18. Reggie Mitchell
19. Samuel Sosa
20. Pedro Riera
21. Renee Lambert
22. Samuel Murray
23. David Browne
24. Ulises Ribera
25. Harold Sharp

26. Ben Armstead
27. Gale Armstead
28. Shirley Jones
29. Nelly Bailey
30. Patricia Williams
31. Tyrone Anthony
32. Akil Rose
33. O'neal Abel
34. Phyllis Evans
35. Safiyah Haqq
36. Francine Williams
37. Edward Cooper
38. Barry Wiggins
39. Sharon Jones
40. Serena Chandler
41. Julius Tajiddino
42. Delita Duboise-Lee

We would also move that the current complaint be amended to add compensatory damages for the class as a result of the increased expense which the class would suffer due to the increased fair, and any and all other damages which the Court deem appropriate.


/s/
Carlos Gonzalez, Esq.
Gonzalez Law Associates
380 Lexington Ave, 17th Fl
New York, NY 10168
212-405-2234